UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL INDICTMENT NO.: |
| v. ) | |
| ) | 1:23-cr-00287-MLB |
| SUNG H. KIM, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Donald F. Samuel, and enters his **Notice of Appearance** as counsel of record for the Defendant, Sung H. Kim, in the above-styled matter. Please send all correspondence, orders, court notices, and copies of pleadings, etc., to the undersigned.

This, the 11th day of September, 2023.

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Donald F. Samuel*
JOHN A. GARLAND, ESQ.
Georgia Bar No. 624475
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax: 404-365-5041
dfs@gsllaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL INDICTMENT NO.: |
| v. | ) | |
| | ) | 1:23-cr-00287-MLB |
| SUNG H. KIM, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned attorney hereby certifies that the foregoing document, which was prepared using Times New Roman, 14-point font, was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This, the 11th day of September, 2023.

                                                              RESPECTFULLY SUBMITTED,

                                                              **GARLAND, SAMUEL & LOEB, P.C.**

                                                              /s/ *Donald F. Samuel*
                                                              JOHN A. GARLAND, ESQ.
                                                              Georgia Bar No. 624475
                                                              Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
     dfs@gsllaw.com