# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00287-MLB-CMS
## The State of Georgia v. Kim
## Honorable Michael L. Brown

Minute Sheet for proceedings held via Zoom on 11/12/2024.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:45 P.M.    COURT REPORTER: Jana Colter
TIME IN COURT: 00:45                DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Sung H Kim NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Kristen Novay representing Sung H Kim |
| | Donald Samuel representing Sung H Kim |
| | E. Watkins representing The State of Georgia |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | Status conference held. The Court's instructions are as stated in the record. |
| HEARING STATUS: | Hearing Concluded |